Sam Thompson #203546
Name and Prisoner/Booking Number

Yuma Complex Cibola Unit
Place of Confinement

P.O. Box 8909
Mailing Address

San Louis, AZ 85349
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Sam Thompson #203546
(Full Name of Plaintiff)

Plaintiff,

v.

(1) David Shinn et AL, In his Individual Capacity
(Full Name of Defendant)

(2) Centurion health care contracter in their official and individual capacity

(3) _____

(4) _____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV22-00380-PHX-JJT--JFM
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER
"Jury Trial Demanded"

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Yuma Complex Unit Cheyenne

## B. DEFENDANTS

1. Name of first Defendant: David Shinn individual Capacity. The first Defendant is employed as: Director of Deptartment of Corrections Arizona "ADOC"
   (Position and Title) (Institution)

2. Name of second Defendant: Centurion in their Individual Capacity. The second Defendant is employed as: Health Contractor for Arizona DOC at Yuma Complex
   (Position and Title) (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __1__.  Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Sam H. Thompson v. David Shinn, et al. Charizon, Centurions
      2. Court and case number: CV-20-01778 PhX-JJT
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) yes, still pending

   b. Second prior lawsuit:  N/A
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:  N/A
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: **Eighth Amendment**

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 3-9-21, I was taking a shower in the middle shower stall, in 7-B Unit Cheyanne Complex YUMA. Around 2130 pm I fell due to a drainage plug that was left unattached, and caused me to loose my footing. When I fell, I hurt my left ankle, and had severe pain in my lower left back. CO II Carrion was in the area and was aware of my fall. I was in tremendous pain and yelling for help. Officer Carrion (Badge #7693) did not initiate ICS, which is policy when an inmate is injured. After laying on the floor for many minuites inmates helped me up then carried me to my bunk area! After I was at my living area for over an hour and a half and seeing my ankle swolen, Officer Carrion calls medical and asked another inmate to get a wheel chair and take me to medical. I asked CO II Carrion at this time why he did not intiate ICS when I fell and he stated that "He did not want to do the paperwork". There are cameras in the dormitory that recorded this entire event! Also on 3-10-21 Sgt. Evans did a thorough report, taking pictures of the shower drain that was not screwed down, and filed a complete report on this situation. (*Incident Command system) A department order addressing small-scale local incidents to coordinated responses. Video and Sgt. Evans report are vital evidence in this!

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   The inaction of CO II Carrion, cased me to suffer in pain, and also the inaction caused medical not to respond to this incident as an emergency, and therefore delayed treatment.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>Eigth Admendment</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other:

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 3-9-21. I went to medical at Yuma Complex Unit Cheyanne at aprox: 4:00pm. I had fell in the shower and damaged my left lower back, and left ankle. I arrived at medical in a wheelchair that had been procured to transport me. I had fallen aprox 2 hours earlier, so my ankle had swollen badly and my back pain had continued to increase. RN Clark was working in medical and I immediatly asked why had no one helped me two hours ago when I fell? She stated she was only notified 10 minutes ago! She then stated "she was tired of the little boy who cried wolf." It was clear that I was hurt, due to the swelling of my ankle and the pain I was experincing. She took me out of the wheel chair and put me in crutches that were not adjustable to some one short of stature as myself. I immedatly told her the crutches were to long and not adjustable to my height, the use of them also made my back pain increase. After my injury I was not given a safe plan of action to shower. I asked the medical department how I was to bathe and was told to take a chair to the shower with me. The showers are very small, with angled floors for drainage, this makes taking a chair as precarious as not having one. I have done everything I can do to get adequate medical care over the past year concerning my lower left back and ankle, I am still dealing with pain, and limited mobility from the less than reasonable care.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   The inactions and continued unreasonable care by Centurions medical staff, failed to treat my accident that day and have to this day yet to give me reasonable care have caused continous pain, and I continue to loose mobility do to this injury and lack of resonable care.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

4

Count II   page 2 of 2

cont

medical has given me. I have put in close to forty Health needs request concerning this specific issue. I am still experiencing endless pain, and suffering one year later, I have not recieved close to reasonable care, nor did I the day of the accident, Refusing to transport me to an Emergency room or get further medical attention.

When I am allowed to depose wittneses, present exhibits, and get entire medical records, I will be able to show these statments of facts presented in this complaint are complete and ~~true~~!

## COUNT III

1. State the constitutional or other federal civil right that was violated: Eigth Admendment

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other:

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   When I entered into Arizona Department of Corrections, I was evaluated by Dr. Spinozzi at Intake. I was listed as chronic care and told I would need to be housed at an ADA medical unit. I was assigned to Yuma Complex Cibola unit due to it being a Medical Unit, Handicap Showers ect. Due to a pre-existing gun shot wound to my right leg, I could not stand for long period of times nor walk for any significant length. I was issued "SNO's from medical stating I could not stand in line for cafeteria lines ect. And I was to be allowed by staff to take the shortest route to cafeteria ect. On or about Jan 11th 2020 I was transferred to Cheyanne unit, which is not an ADA medical unit and did not have handicap showers or medical staff equipped to handle disabled inmates. This was a clear threat to my saftey and as a result of this transfer and a unsecured tile drain I fell in the shower and a year later am still dealing with endless pain and limited mobility.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Transfering me to a non ADA medical yard when I was clearly deemed nessadary for a disabled environment, forced me to stand and take showers in an unsafe manner. This precipitated my falling and have had continous pain and suffering for over a year, and still continuing to deal with pain and limited mobility.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: $875,000.00 in compensatory and or punitive damages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              DATE

*Sam H. Thompson*
SIGNATURE OF PLAINTIFF

Ian Lee #347248
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

"Certificate of Service"

I hereby certify that a copy of the foregoing document was mailed this seventh day of March, 2022.

U.S. District Court
U.S. Courthouse Suite 130
401 Washington St.
Phoenix AZ, 85003-2119

_Sam H. Thompson_
SAM H. THOMPSON

3-07-2022
DATE

State of ARIZONA, County of YUMA
Subscribed and sworn (or affirmed) before me this 7th day of March, 2022
by Sam Thompson

A. Lugo, Notary Public



A. LUGO
Notary Public - Arizona
YUMA COUNTY
Commission # 581596
Expires May 1, 2024