# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sam H Thompson,<br><br>      Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>      Defendants. | **NO. CV-22-00380-PHX-JJT (JFM)**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed September 12, 2022, Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

                                    Debra D. Lucas
                                    District Court Executive/Clerk of Court

September 12, 2022

                                    s/ Rebecca Kobza
                             By   Deputy Clerk